Z. Kathryn Branson
Nevada Bar Number 11540
Emil S. Kim
Nevada Bar Number 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
kbranson@littler.com
ekim@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SALEM LEHR,<br><br>                    Plaintiff,<br>v.<br><br>AMAZON.COM SERVICES LLC a Foreign Limited-Liability Company; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 2:23-cv-02041-APG-DJA<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**[FIRST REQUEST]** |

Plaintiff SALEM LEHR ("Plaintiff") and Defendant AMAZON.COM SERVICES LLC ("Defendant"), by and through their counsel of record, hereby agree and stipulate to extend the deadline for Defendant to submit its opposition to Plaintiff's Motion to Remand (ECF No. 10) by fourteen (14) days. Defendant's opposition is currently due on January 19, 2024, and the parties stipulate to extend the deadline up to and including, **February 2, 2024**.

/ / /

/ / /

/ / /

4884-6819-5996.1 / 114766-1141

This is the first request for an extension of time for Defendant to file its opposition. The requested extension is necessary to accommodate counsel's schedules as well as discussions between the parties concerning jurisdiction in order to preserve fees and costs and in the interest of judicial economy. This request is made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extension.

Dated: January 11, 2024

Respectfully submitted,

*/s/ Paul H. Wolfram*
Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Christian Z. Smith, Esq.
Paul H. Wolfram, Esq.
KANG & ASSOCIATES, PLLC

Attorneys for Plaintiff
SALEM LEHR

Dated: January 11, 2024

Respectfully submitted,

*/s/ Emil S. Kim*
Z. Kathryn Branson, Esq.
Emil S. Kim, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: January 12, 2024, 2024.

_____
UNITED STATES DISTRICT JUDGE

4884-6819-5996.1 / 114766-1141