UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SALEM LEHR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-02041-APG-DJA<br><br>**ORDER**<br><br>[Docket No. 21] |

　　　　On February 2, 2024, the Court ordered the parties to file a stipulation of dismissal no later than March 1, 2024. Docket No. 20. On March 1, 2024, the parties filed a joint status report requesting a 30-day extension to file a stipulation of dismissal or a status report regarding settlement. Docket No. 21 at 2. A request to extend a deadline must be made by motion or stipulation. Local Rule IA 6-1.

　　　　IT IS SO ORDERED.

　　　　Dated: March 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1