**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
pkang@acelawgroup.com
filing@acelawgroup.com
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SALEM LEHR, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC a Foreign Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02041-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO SUBMIT STIPULATION OF DISMISSAL OR STATUS REPORT** |

**STIPULATION AND ORDER TO EXTEND DEADLINES TO SUBMIT STIPULATION OF DISMISSAL OR STATUS REPORT**

Plaintiff, SALEM LEHR, and Defendant, AMAZON.COM SERVICES, LLC, by and through their respective attorneys of record, hereby submit the following Joint Status Report:

**1. Status of Action**

The parties appeared for an Early Neutral Evaluation ("ENE") on January 31, 2024. The parties were unable to reach a settlement at the ENE. Although, shortly after, the parties were able to reach a resolution. The Court was notified by the parties' Joint Status Report that the mater had resolved. The Court thereafter ordered the parties to submit a Stipulation of Dismissal and Proposed Order no later than March 1, 2024.

Defendant has drafted the settlement documents. Plaintiff has agreed to the final language in the settlement agreement. Thus, the parties are now working to fully execute the settlement agreement. Accordingly, while the parties have remained in contact regarding executing final settlement documents, more time is needed to finalize and submit a Stipulation of Dismissal.

The parties submitted a Joint Status Report on March 1, 2024. On March 5, 2024, the Court entered an order that a request to extend a deadline must by made by motion or stipulation, pursuant to Local Rule IA 6-1. Accordingly, the parties have stipulated to an additional 30 days to review and submit settlement documents to the Court.

**2. Stipulation and Request for Extension**

The parties have stipulated to an additional 30 days in which to submit the Stipulation of Dismissal and Proposed Order to the Court. Accordingly, the parties respectfully request an additional 30 days to submit the Stipulation of Dismissal and Proposed Order to the Court.

///

///

///

**\*SIGNATURE PAGE TO FOLLOW\***

| | |
|---|---|
| Dated this 12th day of March, 2024 | Dated this 12th day of March, 2024 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Patrick W. Kang, Esq.* <br> PATRICK W. KANG, ESQ. <br> KYLE R. TATUM, ESQ. <br> CHRISTIAN Z. SMITH, ESQ. <br> PAUL H. WOLFRAM, ESQ. <br> KANG & ASSOCIATES, PLLC <br> Attorneys for Plaintiff <br> SALEM LEHR | /s/ Emil S. Kim, Esq. <br> Z. KATHERYN BRANSON, ESQ. <br> EMIL S. KIM, ESQ. <br> LITTLER MENDELSON, P.C. <br> Attorneys for Defendant <br> AMAZON.COM SERVICES LLC |

## ORDER

Based upon the above stipulation of the parties the Court orders the parties shall have an additional 30 days from March 1, 2024, until Monday, April 1, 2024, in which to submit final settlement documents.

IT IS SO ORDERED:

Dated: March 13, 2024

                                                                             _____
                                                                             ANDREW P. GORDON
                                                                             UNITED STATES DISTRICT JUDGE