**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road., Ste.1
Las Vegas, NV 89146
P: (702) 333-4223
F: (702) 507-1468
pkang@acelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALEM LEHR, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC a Foreign Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-02041-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff, SALEM LEHR, by and through her counsel of record of KANG & ASSOCIATES, PLLC, and Defendant, AMAZON.COM SERVICES, LLC, by and through its counsel of record of LITTLER MENDELSON, P.C., having reached a full and final resolution of this matter, hereby stipulate and agree to the following:

1

IT IS HEREBY STIPULATED Plaintiff's Complaint shall be DISMISSED WITH PREJUDICE against all named Defendants.

IT IS HEREBY FURTHER STIPULATED by and between the parties that each side bear their own attorneys' fees and costs.

Dated this 1st day of April, 2024  | Dated this 1st day of April, 2024

Respectfully submitted,  | Respectfully submitted,

/s/ *Patrick W. Kang, Esq.*
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
CHRISTIAN Z. SMITH, ESQ.
PAUL H. WOLFRAM, ESQ.
KANG & ASSOCIATES, PLLC
Attorneys for Plaintiff
SALEM LEHR

/s/ Emil S. Kim, Esq.
Z. KATHERYN BRANSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AMAZON.COM SERVICES LLC

**ORDER**

IT IS HEREBY ORDERED that the instant matter shall be dismissed against all Defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each side will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Lehr v. Amazon.com LLC
2:23-cv-02041-APG-DJA

DATED: 4/2/2024

Respectfully Submitted By:

**KANG & ASSOCIATES, PLLC**

/s/ *Patrick W. Kang, Esq.*
Patrick W. Kang, Esq.
Nevada Bar No.: 10381
6480 W. Spring Mountain Road., Ste.1
Las Vegas, NV 89146
*Attorneys for Plaintiff*